**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CALVIN DWAYNE HOLT, | ) | No. CV 06-7297-MMM(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRAL G. ADAMS (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   July 16, 2010

_____
MARGARET M. MORROW
United States District Judge